ARIELA BRAUN et al., Appellants, v 941 PARK AVE., INC., et al., Respondents.

Submitted September 5, 2006; decided September 14, 2006

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the two-Justice dissent at the Appellate Division is not on a question of law (CPLR 5601 [a]).

---

CAMPAIGN FOR FISCAL EQUITY, INC., et al., Appellants-Respondents, v STATE OF NEW YORK et al., Respondents-Appellants.

Submitted September 11, 2006; decided September 14, 2006

Motion by Alliance for Quality Education et al. for leave to file a brief amici curiae on the appeal herein granted. Two copies of the brief may be served and 24 copies filed within 10 days.

Judge GRAFFEO taking no part.